UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMARA L. VANROOYEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 1:09-0005 |
| v. ) | Judge Echols/Brown |
| ) | **Jury Demand** |
| WIPRO GALLAGHER SOLUTIONS, ) | |
| INC., and PRASAD GANTASI, ) | |
| ) | |
| Defendants ) | |

### O R D E R

The Defendants in this matter have filed a motion to dismiss, or in the alternative for a continuance (Docket Entry 17). Judge Echols denied the motion to dismiss and directed the undersigned to work on the schedule keeping the trial date (Docket Entry 19). Discovery may remain open until **May 7, 2010**. Dispositive motions shall be due **May 28, 2010**, and responses thereto shall be **June 28, 2010**. Replies, if any, limited **five pages**, shall be due **July 2, 2010**.

The parties are directed to contact the Magistrate Judge's office to schedule a telephone conference if further difficulties are encountered in completing the necessary depositions within the revised time schedule.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge