# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| TAMARA L. VANROOYEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09-0005 |
| ) | Judge Echols |
| WIPRO GALLAGHER SOLUTIONS, ) | |
| INC., and PRASAD GANTASAI, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket Entry No. 21) is hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter final judgment in favor of Defendants in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE